FILED
CLERK, U.S. DISTRICT COURT
APR -5 2011
CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jose Ortiz,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Diversified Consultants, Inc.,<br><br>　　　　　Defendant. | Case No.: 2:10-cv-07588-JEM<br><br>[PROPOSED] ORDER FOR DISMISSAL PURSUANT TO FRCP 41(A)(1) |

Based on the stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

DATED: 4/5/2011

Hon. John E. McDermott
U.S. Magistrate Court Judge